(February 28, 1955.)

∎

RITA CALASCIONE, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ.

∎

JOSEPHINE CARLISI et al., Appellants, v. HAROLD I. COLE et al., Respondents. — Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ. [See 284 App. Div. 1050.]

∎

ENGLANDER COMPANY, INC., a Delaware Corporation, Respondent, v. SOL TISHLER, Individually and as President of Bedding, Curtain & Drapery Workers Union, Local 140, C. I. O., et al., Appellants.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ. Motion for reargument granted and appeal set down for argument on Friday, March 18, 1955. Present — Wenzel, Acting P. J., MacCrate, Beldock and Murphy, JJ. [See 284 App. Div. 1062.]

∎

WILLIAM ISENSEE, Appellant, v. LONG ISLAND MOTION PICTURE CO., INC., et al., Respondents.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See ante, p. 822.]

∎

In the Matter of THERESA BOBINSKI, Respondent, against KONRAD BOBINSKI, Appellant.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. [See ante, p. 836.]

∎

WILLIAM H. JEFFRIES, as Administrator of the Estate of HILDEGARD H. JEFFRIES, Deceased, Appellant, v. JAMES CHAMBERS et al., Respondents.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., MacCrate, Beldock and Murphy, JJ. [See 284 App. Div. 1063.]

∎

ESTHER M. KURTZ, Appellant, v. GUSTAV WILDER et al., Respondents.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., MacCrate, Beldock and Murphy, JJ. [See 284 App. Div. 1051.]